☑ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re: **Sherri Nicole Lowe**                    Case No. **19-20574**

Debtors:                                          **Chapter 13**

## AMENDED CHAPTER 13 PLAN

**ADDRESS:** (1) **6320 Gillispie Road, Apt. 202**          (2)
**Memphis TN  38134**

**PLAN PAYMENT:**
   **Debtor(1)** shall pay $ **84.00**      ☑ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
   ☑ PAYROLL DEDUCTION From: **FedEx Forward Depots, Inc. Collierville, TN 38017**   OR ( ) DIRECT PAY

   **Debtor(2)** shall pay $           ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
   ☐ PAYROLL DEDUCTION From:           OR (  ) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

   (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]        ☐ YES   ☑ NO
   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION          ☑ YES   ☐ NO
       OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
   (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].      ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                Monthly Plan Payment:

**None**    Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
            ongoing payment begins                                       $
            Approximate arrearage:

**5. PRIORITY CLAIMS:**

**Internal Revenue Service**              Amount **3,000.00**            $ **50.00**

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☐ Paid by Trustee to:

**None**    ongoing payment begins                                       $
            Approximate arrearage:              Interest                  $

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]     Value of Collateral:   Rate of Interest    Monthly Plan Payment:

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]        Value of Claim:       Rate of Interest    Monthly Plan Payment:
**Mike's Auto Plex**                     **10,000.00**          **7.25**            $**200.00**

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                              Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

                                Amount:            Rate of Interest        Monthly Plan Payment:
-NONE-                                                                     $

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None                                    ☐   Not provided for   **OR**   ☐   General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $9,828.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☑   **0.00**   %, OR,
☑   THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

**RAC Asset Holdings LLC**: **Automobile Lease**                    ☑   Assumes   **OR**   ☐   Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ B. David Sweeney                                        Date **January 14, 2019**          .
**B. David Sweeney 012821**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**